1
2
3

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

4

UNITED STATES OF AMERICA,

5

Plaintiff,

6

7

v.

8

ALFONSO ESTEBAN DELAO,

9

Defendant.

10

Case No.:  '21 MJ03785

COMPLAINT FOR VIOLATION OF

18 U.S.C. § 545 Smuggling Goods Into the United States (Felony)

11

12  The undersigned complainant being duly sworn states:

13

14  COUNT 1

15  On or about September 11, 2021, within the Southern District of California,

16
17
18  defendant ALFONSO ESTEBAN DELAO did knowingly and willfully, with the

intent to defraud the United States, attempt to smuggle and clandestinely introduce

19  into the United States, merchandise, which should have been invoiced, to wit:

20
21  Mexican pesticides, that is, twenty-three 1-liter bottles of "DDVP 500", in violation

22  of Title 18, United States Code, Section 545.

23  //

24  //

25  //

26  //

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Michael Lesley, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on September 14, 2021.

_____
HON. DANIEL E. BUTCHER
U.S. MAGISTRATE JUDGE

2

United States of America
    v.
Alfonso Esteban DELAO

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Lesley, declare under penalty of perjury, the following is true and correct:

At approximately 3:50 p.m. on September 11, 2021, Alfonso Esteban DELAO entered the United States at the Otay Mesa Port of Entry as the driver of a 2010 Dodge Charger bearing California license plates with one female passenger. DELAO attempted to use the lane designated for the trusted traveler SENTRI Program. A Customs and Border Protection (CBP) Officer asked DELAO twice if he had anything to declare, and he twice responded that he did not. The CBP Officer told DELAO that he was not in the correct lane because he was not registered in the SENTRI Program. The CBP Officer asked DELAO to open the trunk of the vehicle, and upon inspecting the trunk, the CBP Officer discovered two boxes of Mexican pesticides. The CBP Officer then referred the vehicle to Secondary for further inspection. In the Secondary inspection area, CBP Officers located and seized twenty-three 1-liter bottles of "DDVP 500" inside two cardboard boxes located in the trunk of the vehicle DELAO was driving.

After being advised of his Constitutional rights and waiving his rights in writing, DELAO stated that he had purchased the pesticides at a feed store in Mexico.

DELAO later changed his story and claimed that a friend of his had purchased the pesticides at a store in Mexico for him. DELAO claimed he was bringing the pesticides into the United States to use on his roosters and chickens.

According to the label, the twenty-three (23) bottles of "DDVP 500" contain the active ingredient dichlorvos. EPA special agents advised that in the United States, dichlorvos is a restricted use pesticide in California because it is lethal if ingested, absorbed through the skin, or inhaled; highly toxic to bees and birds; acutely toxic to fish and aquatic invertebrates; and can have chronic and long-lasting effects. The highest registered concentration of dichlorvos in the United States is 43.61%. Higher concentrations of dichlorvos are cancelled in the United States. The dichlorvos found with DELAO had a concentration of 53.76%.

Federal law prohibits the distribution and sale of canceled or unregistered pesticides.  7 U.S.C. §136j(a)(1)(A).  Only pesticides registered with the EPA may be imported or sold in the United States.  7 U.S.C. §136o(c).  All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e).  In addition, all required information on a label must appear in the English language.  40 C.F.R. §156.10(a)(3).  The containers of pesticide found with DELAO were labeled only in Spanish and bore no EPA registration numbers.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

    The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 C.F.R. §12.112. DELAO provided no such Notice of Arrival for the pesticides in this case.

    On September 11, 2021, agents gave DELAO a Notice to Appear, requiring him to appear in San Diego before the duty magistrate at 2:00 p.m. on September 21, 2021, to answer to these charges.